**Pedro ALCANTARA–LOPEZ; et al., Petitioners,**

v.

**Michael B. MUKASEY,\* Attorney General, Respondent.**

No. 06–71492.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 8, 2007.

Filed Dec. 4, 2007.

Pedro Alcantara–Lopez, Garden Grove, CA, pro se.

Andrew Knapp, Los Angeles, CA, Juan Laguna, Santa Ana, CA, for Petitioners.

Teodora Alonso–Valladares, Garden Grove, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA,

Song E. Park, Esq., John P. Deveany, Office of Immigration Litigation Civil Division, U.S. Department of Justice, Civil Div., Washington, DC, for Respondent.

Before: B. FLETCHER, REINHARDT, and RYMER, Circuit Judges.

MEMORANDUM \*\*

This matter is remanded to the BIA in light of our decision in *Ramirez–Sanchez v. Mukasey,* Nos. 06–70396, 06–73026.

---

\* Michael B. Mukasey is substituted for his predecessor, Alberto R. Gonzales, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.